United States District Court
Southern District of Texas
**ENTERED**
May 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **RICKY LONGNECKER, *et al.*,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:23-CV-03069** |
| | § | |
| **UNION PACIFIC CORPORATION, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

Plaintiffs Ricky Longnecker, Jessie Bunciaga, and Iran Scott Windom brought this suit against Defendant Union Pacific Railway Company on July 27, 2023 in Harris County District Court, alleging negligence and gross negligence. ECF No. 1. Defendant removed the case to this Court on August 21, 2023. Defendant filed a Motion for Summary Judgment on January 21, 2026. ECF No. 47. The Court held a hearing on the Motion on April 27, 2026 and took the matter under advisement. In an Order signed on May 8, 2026, the Court granted Defendant's Motion for Summary Judgment. ECF No. 61.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant Union Pacific Railway Company.

**IT IS SO ORDERED.**

1 / 2

Signed at Houston, Texas on May 11, 2026.

Keith P. Ellison
United States District Judge